**Exhibit 1 - Infringement Chart for U.S. Patent No. 8,704,211**

| Claim 1 | Samsung Galaxy Z Fold6 ("Fold6") |
|---|---|
| 1[pre] A composite article comprising: | To the extent the preamble is limiting, the Fold6 includes an OLED display which is a composite article. |
| 1[a] at least one high integrity protective coating, said high integrity protective coating comprising at least one organic-inorganic composition barrier coating layer and at least one planarizing layer, wherein the barrier | The OLED display of the Fold6 comprises at least one high integrity protective coating, said high integrity protective coating comprising at least one organic-inorganic composition barrier coating layer and at least one planarizing layer, wherein the barrier coating layer comprises a substantially organic zone and a substantially inorganic zone and an organic-inorganic interface zone between the substantially organic zone and the substantially inorganic zone.<br><br>For example, the Fold6 OLED display comprises a high integrity protective coating, comprised of a barrier coating layer and planarizing layer: |

**Exhibit 1 - Infringement Chart for U.S. Patent No. 8,704,211**

| Claim 1 | Samsung Galaxy Z Fold6 ("Fold6") |
|---|---|
| coating layer comprises a substantially organic zone and a substantially inorganic zone and an organic-inorganic interface zone between the substantially organic zone and the substantially inorganic zone. | ![Cross-section image showing Barrier Coating Layer and Planarizing Layer]<br><br>As another example, the barrier coating layer comprises a substantially organic zone and a substantially inorganic zone and an organic-inorganic interface zone between the substantially organic zone and the substantially inorganic zone. |

| | Barrier coating layer:<br> |
|---|---|

**Exhibit 1 - Infringement Chart for U.S. Patent No. 8,704,211**

| Claim 1 | Samsung Galaxy Z Fold6 ("Fold6") |
|---|---|
| | Measurements at data line 6 across the barrier layer and planarizing layer:  Si (Silicon) = Inorganic; C (Carbon) = Organic |