**Exhibit 2 - Infringement Chart for U.S. Patent No. 9,147,772**

| Claim 1 | Samsung Galaxy Z Fold6 |
|---|---|
| 1[pre] A complementary metal oxide semiconductor CMOS circuit structure, having a PMOS region and an NMOS region, and comprising: | To the extent the preamble is limiting, the Fold6 has a display comprising complementary metal oxide semiconductor CMOS circuit structure, having a PMOS region and an NMOS region.<br><br>For example, the display of the Fold6 has a complementary metal oxide semiconductor CMOS circuit structure, having a PMOS region and an NMOS region:<br><br> |

Exhibit 2 - Infringement Chart for U.S. Patent No. 9,147,772

| Claim 1 | Samsung Galaxy Z Fold6 |
|---------|------------------------|
| |  |
| 1[a] a base substrate; | The display of the Fold6 comprises a base substrate.<br><br>For example, Samsung Display explains its "[f]lexible OLED is a flexible panel completed by applying flexible PI substrate and TEF technology": |

**Exhibit 2 - Infringement Chart for U.S. Patent No. 9,147,772**

| Claim 1 | Samsung Galaxy Z Fold6 |
|---------|------------------------|
|  |  OLED Display, Samsung Display, https://www.samsungdisplay.com/eng/tech/oled-display.jsp (last visited May 9, 2025).<br><br>As another example, Samsung Display explains that "[t]o increase flexibility, polyimide is used as a substrate in flexible OLEDs instead of glass. Polyimide is similar to a thin plastic film that can be bent or folded, making it perfect for use as a substrate in flexible displays[]": |

**Exhibit 2 - Infringement Chart for U.S. Patent No. 9,147,772**



<u>**Exhibit 2 - Infringement Chart for U.S. Patent No. 9,147,772**</u>



*[Display Glossary.zip] EP.29 : Substrate*, Samsung Display (April 11, 2025),
https://global.samsungdisplay.com/31360?category=59&page=1&type=list.

As another example, the display of the Fold6 is comprised of a base substrate:

**Exhibit 2 - Infringement Chart for U.S. Patent No. 9,147,772**

| Claim 1 | Samsung Galaxy Z Fold6 |
|---|---|
| | Base Substrate |
| 1[b] a PMOS semiconductor layer arranged on a portion of the base substrate; | The display of the Fold6 is configured such that a PMOS semiconductor layer is arranged on a portion of the base substrate. |

For example, a PMOS semiconductor layer is arranged on a portion of the base substrate:



Exhibit 2 - Infringement Chart for U.S. Patent No. 9,147,772

| Claim 1 | Samsung Galaxy Z Fold6 |
|---|---|
| |  |
| 1[c] a gate insulating layer arranged on the PMOS semiconductor layer and on the base substrate; | The display of the Fold6 is configured such that a gate insulating layer is arranged on the PMOS semiconductor layer and on the base substrate. |

**Exhibit 2 - Infringement Chart for U.S. Patent No. 9,147,772**

For example, a gate insulating layer is arranged on the PMOS semiconductor layer and on the base substrate:



PMOS semiconductor layer

gate insulating layer

Base Substrate

**Exhibit 2 - Infringement Chart for U.S. Patent No. 9,147,772**

| Claim 1 | Samsung Galaxy Z Fold6 |
|---------|------------------------|
| |  |
| 1[d] PMOS gate and NMOS gate arranged on | The display of the Fold6 is configured such that the PMOS gate and NMOS gate are arranged on different portions of the gate insulating layer. |

Exhibit 2 - Infringement Chart for U.S. Patent No. 9,147,772

| Claim 1 | Samsung Galaxy Z Fold6 |
|---|---|
| different portions of the gate insulating layer; | For example, the PMOS gate and NMOS gate are arranged on different portions of the gate insulating layer:<br><br> |
| 1[e] a first interlayer dielectric layer arranged on the PMOS gate and the NMOS gate and on the gate insulating layer; | The display of the Fold6 is configured such that a first interlayer dielectric layer is arranged on the PMOS gate and the NMOS gate and on the gate insulating layer. |

For example, a first interlayer dielectric layer is arranged on the PMOS gate, NMOS gate, and the gate insulating layer:



**Exhibit 2 - Infringement Chart for U.S. Patent No. 9,147,772**

| Claim 1 | Samsung Galaxy Z Fold6 |
|---------|------------------------|
| |  |

Exhibit 2 - Infringement Chart for U.S. Patent No. 9,147,772

| Claim 1 | Samsung Galaxy Z Fold6 |
|---------|------------------------|
| |  |
| 1[f] an NMOS semiconductor layer arranged on | The display of the Fold6 is configured such that an NMOS semiconductor layer arranged on a portion of the first interlayer dielectric layer that corresponds to the NMOS gate. |

**Exhibit 2 - Infringement Chart for U.S. Patent No. 9,147,772**

| Claim 1 | Samsung Galaxy Z Fold6 |
|---------|------------------------|
| a portion of the first interlayer dielectric layer that corresponds to the NMOS gate; | For example, an NMOS semiconductor layer is arranged on a portion of the first interlayer dielectric layer that corresponds to the NMOS gate:<br><br> |

Exhibit 2 - Infringement Chart for U.S. Patent No. 9,147,772

| Claim 1 | Samsung Galaxy Z Fold6 |
|---|---|
| |  |
| 1[f][i] a second interlayer dielectric layer arranged on the NMOS semiconductor | The display of the Fold6 is configured such that a second interlayer dielectric layer arranged on the NMOS semiconductor layer and on the first interlayer dielectric layer. |

**Exhibit 2 - Infringement Chart for U.S. Patent No. 9,147,772**

| Claim 1 | Samsung Galaxy Z Fold6 |
|---|---|
| layer and on the first interlayer dielectric layer; | For example, a second interlayer dielectric layer is arranged on the NMOS semiconductor layer and on the first interlayer dielectric layer:  |

**Exhibit 2 - Infringement Chart for U.S. Patent No. 9,147,772**

| Claim 1 | Samsung Galaxy Z Fold6 |
|---------|------------------------|
| |  |

**Exhibit 2 - Infringement Chart for U.S. Patent No. 9,147,772**

| Claim 1 | Samsung Galaxy Z Fold6 |
|---|---|
| |  |
| 1[g] PMOS source/drain arranged on a | The display of the Fold6 is configured such that PMOS source/drain arranged on a portion of the second interlayer dielectric layer that corresponds to the PMOS semiconductor layer. |

| portion of the second interlayer dielectric layer that corresponds to the PMOS semiconductor layer; and | For example, a PMOS source/drain is arranged on a portion of the second interlayer dielectric layer that corresponds to the PMOS semiconductor layer:  |

Exhibit 2 - Infringement Chart for U.S. Patent No. 9,147,772

| Claim 1 | Samsung Galaxy Z Fold6 |
|---|---|
| 1[h] NMOS source/drain arranged on a portion of the second interlayer dielectric layer that corresponds to the NMOS semiconductor layer; wherein, | The display of the Fold6 is configured such that NMOS source/drain arranged on a portion of the second interlayer dielectric layer that corresponds to the NMOS semiconductor layer.<br><br>For example, the NMOS source/drain arranged on a portion of the second interlayer dielectric layer that corresponds to the NMOS semiconductor layer.<br><br> |

Exhibit 2 - Infringement Chart for U.S. Patent No. 9,147,772

| Claim 1 | Samsung Galaxy Z Fold6 |
|---------|------------------------|
| |  |
| 1[i] the PMOS semiconductor layer, the PMOS gate and the PMOS source/drain are located within the PMOS region; and the PMOS semiconductor layer is prepared from a P type doped polysilicon material; | The display of the Fold6 is configured such that the PMOS semiconductor layer, the PMOS gate and the PMOS source/drain are located within the PMOS region; and the PMOS semiconductor layer is prepared from a P type doped polysilicon material.<br><br>For example, the PMOS semiconductor layer, the PMOS gate and the PMOS source/drain are located within the PMOS region. |

Exhibit 2 - Infringement Chart for U.S. Patent No. 9,147,772

| Claim 1 | Samsung Galaxy Z Fold6 |
|---|---|
| |  |
| 1[j] the NMOS semiconductor layer, the NMOS | The display of the Fold6 is configured such that the NMOS semiconductor layer, the NMOS gate and the NMOS source/drain are located within the NMOS region; and the NMOS semiconductor layer is made of an oxide material. |

**Exhibit 2 - Infringement Chart for U.S. Patent No. 9,147,772**

| | |
|---|---|
| gate and the NMOS source/drain are located within the NMOS region; and the NMOS semiconductor layer is made of an oxide material. | For example, the Fold6 displays' NMOS semiconductor layer, the NMOS gate and the NMOS source/drain are located within the NMOS region.  |

**<u>Exhibit 2 - Infringement Chart for U.S. Patent No. 9,147,772</u>**

| Claim 1 | Samsung Galaxy Z Fold6 |
|---------|------------------------|
|         |  |

**Exhibit 2 - Infringement Chart for U.S. Patent No. 9,147,772**

| Claim 5 | Samsung Galaxy Z Fold6 ("Fold6") |
|---------|----------------------------------|
| 5. The CMOS circuit structure of claim **1**, further comprising: a planarization layer and a pixel layer used as an anode successively located on the PMOS source/drain and the NMOS source/drain, wherein the pixel layer is electrically connected to the source or the drain of the PMOS source/drain through a via-hole. | The display of the Fold6 comprises the CMOS circuit structure of claim **1**, further comprising: a planarization layer and a pixel layer used as an anode successively located on the PMOS source/drain and the NMOS source/drain, wherein the pixel layer is electrically connected to the source or the drain of the PMOS source/drain through a via-hole.<br><br>For example, the display of the Fold6 comprises the CMOS circuit structure of claim **1**. *See* Claim 1.<br><br>As another example, the display of the Fold6 comprises a planarization layer and a pixel layer used as an anode successively located on the PMOS source/drain and the NMOS source/drain.<br><br><br><br>As another example, the pixel layer is electrically connected to the source or the drain of the PMOS source/drain through a via-hole. |

**Exhibit 2 - Infringement Chart for U.S. Patent No. 9,147,772**

| Claim 5 | Samsung Galaxy Z Fold6 ("Fold6") |
|---------|----------------------------------|
| |  |

**Exhibit 2 - Infringement Chart for U.S. Patent No. 9,147,772**

| Claim 5 | Samsung Galaxy Z Fold6 ("Fold6") |
|---------|----------------------------------|
|         |  |

**Exhibit 2 - Infringement Chart for U.S. Patent No. 9,147,772**

| Claim 6 | Samsung Galaxy Z Fold6 ("Fold6") |
|---|---|
| 6. The CMOS circuit structure of claim **5**, further comprising: a pixel defining layer above the pixel layer. | The display of the Fold6 comprises the CMOS circuit structure of claim **5**, further comprising: a pixel defining layer above the pixel layer.<br><br> |

**Exhibit 2 - Infringement Chart for U.S. Patent No. 9,147,772**

| Claim 7 | Samsung Galaxy Z Fold6 ("Fold6") |
|---------|----------------------------------|
| 7. The CMOS circuit structure of claim **5**, wherein the planarization layer is prepared from an organic resin material. | The display of the Fold6 comprises the CMOS circuit structure of claim **5**, wherein the planarization layer is prepared from an organic resin material.<br><br> |

**Exhibit 2 - Infringement Chart for U.S. Patent No. 9,147,772**

| Claim 7 | Samsung Galaxy Z Fold6 ("Fold6") |
|---------|----------------------------------|
|         |  |