<u>**Exhibit 3 - Infringement Chart for U.S. Patent No. 12,073,037**</u>

| Claim 1 | Samsung Galaxy Z Fold6 |
|---|---|
| 1[pre] A display panel, comprising: | To the extent the preamble is limiting, the Fold6 has a <span style="color:red">display panel</span>: |
| 1[a] a base substrate; and | The display panel of the Fold6 comprises a base substrate.<br><br>For example, Samsung Display explains its "[f]lexible OLED is a flexible panel completed by applying flexible PI substrate and TEF technology": |

1

<u>Exhibit 3 - Infringement Chart for U.S. Patent No. 12,073,037</u>

| Claim 1 | Samsung Galaxy Z Fold6 |
|---|---|
| | *[Image: Samsung OLED promotional material describing flexible, foldable display technology, with photos of a person holding foldable devices.]* Samsung OLED™ is an innovative flexible, foldable display that **provides consumers with new product form factors and usability.** Flexible OLED is a flexible panel completed by applying flexible PI substrate and TFE technology. Unlike glass, which is difficult to process, PI can be made much thinner, thereby reducing the overall weight. Samsung Display is driving innovations in mobility with its **foldable** and **slidable OLED** technology, focusing on not just user experience, but also scaled up design. Flex Hybrid ™, the world's first unveiled world, is a product that combines two innovation technologies: foldable and slidables. 'Rollable Flex™' can be extended more than five times from 49mm to 254.4mm based on the screen length, and 'Flex in & OUT™' of the new foldable phone concept is all in and out of the inside and outside. It can be 360 degrees.<br><br>OLED Display, Samsung Display, https://www.samsungdisplay.com/eng/tech/oled-display.jsp (last visited May 9, 2025).<br><br>As another example, Samsung Display explains that "[t]o increase flexibility, polyimide is used as a substrate in flexible OLEDs instead of glass. Polyimide is similar to a thin plastic film that can be bent or folded, making it perfect for use as a substrate in flexible displays[]": |

2

<u>**Exhibit 3 - Infringement Chart for U.S. Patent No. 12,073,037**</u>



3



*[Display Glossary.zip] EP.29 : Substrate*, Samsung Display (April 11, 2025), https://global.samsungdisplay.com/31360?category=59&page=1&type=list.

As another example, the Fold6 has a display panel comprised of a base substrate:



**Exhibit 3 - Infringement Chart for U.S. Patent No. 12,073,037**

| Claim 1 | Samsung Galaxy Z Fold6 |
|---|---|
| 1[b] a pixel driving circuit layer, an anode layer, a light emitting layer, a cathode layer, an encapsulation layer and a touch function layer sequentially disposed on the base substrate, | The Fold6's display panel is comprised of a pixel driving circuit layer, an anode layer, a light emitting layer, a cathode layer, an encapsulation layer and a touch function layer sequentially disposed on the base substrate.<br><br>For example, the Fold6's display panel is comprised of a pixel driving circuit layer, an anode layer, a light emitting layer, a cathode layer, an encapsulation layer and a touch function layer sequentially disposed on the base substrate:<br><br>[image of cross-section of display panel with labeled layers: touch function layer, encapsulation layer, cathode layer, Light emitting layer, anode layer, Pixel driving circuit layer, base substrate] |
| 1[c] wherein the display panel comprises a plurality of light transmitting regions and a plurality of pixel cell regions, a plurality of | The Fold6's display panel is comprised of a plurality of light transmitting regions and a plurality of pixel cell regions, a plurality of traces of the pixel driving circuit layer are connected between adjacent pixel cell regions, and there are slits between adjacent traces.<br><br>For example, Samsung Display explains that "[f]or the camera and display panel to exist and simultaneously function in a single area, separation of the light-emitting part for the display and the camera light transmission is necessary.  With the camera located underneath the display panel, it is crucial to increase the level of transmittance of the panel.  To achieve |

**Exhibit 3 - Infringement Chart for U.S. Patent No. 12,073,037**

| Claim 1 | Samsung Galaxy Z Fold6 |
|---|---|
| traces of the pixel driving circuit layer are connected between adjacent pixel cell regions, and there are slits between adjacent traces, | this, a comprehensive technology in layered structure and design is implemented to meet the camera requirements including transmittance and optical interference[]": |

**Exhibit 3 - Infringement Chart for U.S. Patent No. 12,073,037**





*[Learn Display] 84. UPC (Under Panel Camera, UDC)*, Samsung Display (Feb. 27, 2023), https://global.samsungdisplay.com/31106?category=59&page=8&type=list.

As another example, the Fold6's display panel is comprised of a plurality of light transmitting regions and a plurality of pixel cell regions:

9

<u>Exhibit 3 - Infringement Chart for U.S. Patent No. 12,073,037</u>

| Claim 1 | Samsung Galaxy Z Fold6 |
|---|---|
| | As another example, the Fold6's display panel is comprised of a plurality of traces of the pixel driving circuit layer that are connected between adjacent pixel cell regions, and there are slits between adjacent traces |

**Exhibit 3 - Infringement Chart for U.S. Patent No. 12,073,037**

| Claim 1 | Samsung Galaxy Z Fold6 |
|---|---|
| |  |

**Exhibit 3 - Infringement Chart for U.S. Patent No. 12,073,037**

| Claim 1 | Samsung Galaxy Z Fold6 |
|---|---|
| 1[d] wherein an orthographic projection of a wiring of the touch function layer on the base substrate overlaps with an orthographic projection of the slits on the base substrate; | The base substrate of the Fold6 display is configured such that an orthographic projection of a wiring of the touch function layer on the base substrate overlaps with an orthographic projection of the slits on the base substrate.<br><br>For example, Samsung Display explains it has "technology that allows the front camera on the top of the product [to be] mounted under the panel" and the "technology secures camera functions *by increasing the light transmittance of the panel part where the camera module is located*":<br><br>Samsung Display has developed **UPC™ (Under Panel Camera)** technology that allows the front camera on the top of the product mounted under the panel. The technology secures camera functions by increasing the light transmittance of the panel part where the camera module is located. Normally, the screen is used for displaying general video or images, but when necessary, the camera can be operated to take pictures or videos.<br><br>By applying UPC™ technology, a **full screen with an invisible camera hole can be realized** on the front display, increasing screen immersion and making the product design much cleaner.<br><br>With 1.4 times higher cognitive resolution by UPC Plus™ compared to Galaxy Z Fold3, Galaxy Z Fold4 users can better enjoy news or games without worrying about the camera hole.<br><br>*OLED Display*, Samsung Display, https://www.samsungdisplay.com/eng/tech/oled-display.jsp (last visited May 7, 2025) (emphasis added). |

**Exhibit 3 - Infringement Chart for U.S. Patent No. 12,073,037**

| | |
|---|---|
| | As another example, Samsung Display explains that "[f]or the camera and display panel to exist and simultaneously function in a single area, separation of the light-emitting part for the display and the camera light transmission is necessary. With the camera located underneath the display panel, it is crucial to increase the level of transmittance of the panel. To achieve this, a comprehensive technology in layered structure and design is implemented to meet the camera requirements including transmittance and optical interference[]":<br><br> |

13

**Exhibit 3 - Infringement Chart for U.S. Patent No. 12,073,037**

| Claim 1 | Samsung Galaxy Z Fold6 |
|---|---|
| | <br>*[Learn Display] 84. UPC (Under Panel Camera, UDC)*, Samsung Display (Feb. 27, 2023), https://global.samsungdisplay.com/31106?category=59&page=8&type=list.<br><br>As another example, an orthographic projection of a wiring of the touch function layer on the base substrate overlaps with an orthographic projection of the slits on the base substrate: |

**Exhibit 3 - Infringement Chart for U.S. Patent No. 12,073,037**

| Claim 1 | Samsung Galaxy Z Fold6 |
|---|---|
| 1[e] wherein the display panel comprises a first display region and a second display region different from the first display region, the second display region comprises the plurality of light transmitting regions and the plurality of pixel cell regions; and | The Fold6's display panel is comprised of a first display region and a second display region different from the first display region, the second display region comprises the plurality of light transmitting regions and the plurality of pixel cell regions.<br><br>For example, the Fold6's display panel comprises a first display region and a second display region different from the first display region:<br><br>[image of Samsung Galaxy Z Fold6 unfolded showing display with highlighted region]<br><br>As another example, the second display region comprises the plurality of light transmitting regions and the plurality of pixel cell regions: |

**Exhibit 3 - Infringement Chart for U.S. Patent No. 12,073,037**

| Claim 1 | Samsung Galaxy Z Fold6 |
|---|---|
|  | *[Annotated image showing light transmitting regions and pixel cell regions on the Fold6 display panel]* |
| 1[f] wherein the number of pixel cells per unit area in the first display region is greater than the number of pixel cells per unit area in the second display region. | The Fold6's display panel is configured such that the number of pixel cells per unit area in the first display region is greater than the number of pixel cells per unit area in the second display region. |

**Exhibit 3 - Infringement Chart for U.S. Patent No. 12,073,037**

| | |
|---|---|
| | For example, Samsung explains it has "technology that allows the front camera on top of the product [to be] mounted under the panel" and the "technology secures camera functions *by increasing the light transmittance of the panel part where the camera module is located*":  *OLED Display*, Samsung Display, https://www.samsungdisplay.com/eng/tech/oled-display.jsp (last visited May 7, 2025) (emphasis added). <br><br> As another example, the Fold6's display panel is configured such that the number of pixel cells per unit area in the first display region is greater than the number of pixel cells per unit area in the second display region: |

**Exhibit 3 - Infringement Chart for U.S. Patent No. 12,073,037**

| Claim 1 | Samsung Galaxy Z Fold6 |
|---|---|
| | |