**Exhibit 4 - Infringement Chart for U.S. Patent No. 12,205,506 B2**

| Claim 1 | Samsung Galaxy Z Fold6 ("Fold6") |
|---|---|
| 1 [pre] A display substrate, comprising: | To the extent the preamble of this claim is limiting, the Fold6 comprises a display substrate.<br><br>For example, Samsung Display explains its "[f]lexible OLED is a flexible panel completed by applying flexible PI substrate and TEF technology":<br><br><br><br>OLED Display, Samsung Display, https://www.samsungdisplay.com/eng/tech/oled-display.jsp (last visited May 9, 2025).<br><br>As another example, Samsung Display explains that "[t]o increase flexibility, polyimide is used as a substrate in flexible OLEDs instead of glass. Polyimide is similar to a thin plastic film that can be bent or folded, making it perfect for use as a substrate in flexible displays[]": |

Exhibit 4 - Infringement Chart for U.S. Patent No. 12,205,506 B2



**Exhibit 4 - Infringement Chart for U.S. Patent No. 12,205,506 B2**

| Claim 1 | Samsung Galaxy Z Fold6 ("Fold6") |
|---|---|
| |  *[Display Glossary.zip] EP.29 : Substrate*, Samsung Display (April 11, 2025), https://global.samsungdisplay.com/31360?category=59&page=1&type=list. |
| 1[a] a base substrate, and | The Fold6 display substrate comprises a base substrate.

For example, Samsung Display explains its "[f]lexible OLED is a flexible panel completed by applying flexible PI substrate and TEF technology": |

**Exhibit 4 - Infringement Chart for U.S. Patent No. 12,205,506 B2**

| Claim 1 | Samsung Galaxy Z Fold6 ("Fold6") |
|---------|-----------------------------------|
| | <br><br>Samsung OLED™ is an innovative flexible, foldable display that **provides consumers with new product form factors and usability.**<br><br>Flexible OLED is a flexible panel completed by applying flexible PI substrate and TEF technology. Unlike glass, which is difficult to process, PI can be made much thinner, thereby reducing the overall weight.<br><br>Samsung Display is driving innovations in mobility with its **foldable** and **slidable OLED** technology, focusing on not just user experience, but also scaled up design.<br><br>Flex Hybrid ™, the world's first unveiled world, is a product that combines two innovation technologies: foldable and slidables. 'Rollable Flex™' can be extended more than five times from 49mm to 254.4mm based on the screen length, and 'Flex in & OUT™' of the new foldable phone concept is all in and out of the inside and outside. It can be 360 degrees.<br><br>OLED Display, Samsung Display, https://www.samsungdisplay.com/eng/tech/oled-display.jsp (last visited May 9, 2025).<br><br>As another example, Samsung Display explains that "[t]o increase flexibility, polyimide is used as a substrate in flexible OLEDs instead of glass. Polyimide is similar to a thin plastic film that can be bent or folded, making it perfect for use as a substrate in flexible displays[]": |

<u>**Exhibit 4 - Infringement Chart for U.S. Patent No. 12,205,506 B2**</u>





*[Display Glossary.zip] EP.29 : Substrate*, Samsung Display (April 11, 2025),
https://global.samsungdisplay.com/31360?category=59&page=1&type=list.

As another example, the Fold6 display substrate is comprised of a base substrate:

**Exhibit 4 - Infringement Chart for U.S. Patent No. 12,205,506 B2**

| Claim 1 | Samsung Galaxy Z Fold6 ("Fold6") |
|---|---|
| |  |
| 1[b] a shift register unit, a first clock signal line, and a first power line which are all provided in a peripheral region of the base substrate, wherein the shift register unit comprises a charge pump circuit, | The Fold6 display substrate comprises a shift register unit, a first clock signal line, and a first power line which are all provided in a peripheral region of the base substrate, wherein the shift register unit comprises a charge pump circuit. |

**Exhibit 4 - Infringement Chart for U.S. Patent No. 12,205,506 B2**

| Claim 1 | Samsung Galaxy Z Fold6 ("Fold6") |
|---------|----------------------------------|
|         |  |

**Exhibit 4 - Infringement Chart for U.S. Patent No. 12,205,506 B2**

| Claim 1 | Samsung Galaxy Z Fold6 ("Fold6") |
|---------|-----------------------------------|
|         |  |

**Exhibit 4 - Infringement Chart for U.S. Patent No. 12,205,506 B2**

| Claim 1 | Samsung Galaxy Z Fold6 ("Fold6") |
|---------|----------------------------------|
|  |  |

**Exhibit 4 - Infringement Chart for U.S. Patent No. 12,205,506 B2**

| Claim 1 | Samsung Galaxy Z Fold6 ("Fold6") |
|---|---|
| |  |
| 1[c] the first clock signal line is configured to supply a first clock signal to the shift register unit, | The Fold6 display substrate comprises a first clock signal line that is configured to supply a first clock signal to the shift register unit. |

**Exhibit 4 - Infringement Chart for U.S. Patent No. 12,205,506 B2**

| Claim 1 | Samsung Galaxy Z Fold6 ("Fold6") |
|---------|----------------------------------|
| |  |

**Exhibit 4 - Infringement Chart for U.S. Patent No. 12,205,506 B2**

| Claim 1 | Samsung Galaxy Z Fold6 ("Fold6") |
|---|---|
| |  |
| 1[d] the first power line is configured to supply a first power voltage to the shift register unit, | The Fold6 display substrate comprises a first power line that is configured to supply a first power voltage to the shift register unit. |

**Exhibit 4 - Infringement Chart for U.S. Patent No. 12,205,506 B2**

| Claim 1 | Samsung Galaxy Z Fold6 ("Fold6") |
|---------|----------------------------------|
| |  |

**Exhibit 4 - Infringement Chart for U.S. Patent No. 12,205,506 B2**

| Claim 1 | Samsung Galaxy Z Fold6 ("Fold6") |
|---|---|
| |  |
| 1[e] the charge pump circuit comprises a first capacitor and a first transistor, and the charge pump circuit is electrically connected with a first input node and a first node, | The Fold6 display substrate comprises a charge pump circuit that comprises a first capacitor and a first transistor, and the charge pump circuit is electrically connected with a first input node and a first node.

For example, the Fold6 display substrate comprises a charge pump circuit that comprises a first capacitor and a first transistor. |

**Exhibit 4 - Infringement Chart for U.S. Patent No. 12,205,506 B2**

| Claim 1 | Samsung Galaxy Z Fold6 ("Fold6") |
|---------|----------------------------------|
|  |  |

**Exhibit 4 - Infringement Chart for U.S. Patent No. 12,205,506 B2**

| Claim 1 | Samsung Galaxy Z Fold6 ("Fold6") |
|---|---|
| |  As another example, the charge pump circuit is electrically connected with a first input node and a first node. |

**Exhibit 4 - Infringement Chart for U.S. Patent No. 12,205,506 B2**

| Claim 1 | Samsung Galaxy Z Fold6 ("Fold6") |
|---------|----------------------------------|
|         |  |

**Exhibit 4 - Infringement Chart for U.S. Patent No. 12,205,506 B2**

| Claim 1 | Samsung Galaxy Z Fold6 ("Fold6") |
|---|---|
| |  |
| 1[f] a first electrode plate of the first capacitor is connected with the first clock signal line, a second electrode plate of the first capacitor is connected with the first input node, | The Fold6 display substrate comprises a first electrode plate of the first capacitor that is connected with the first clock signal line, a second electrode plate of the first capacitor is connected with the first input node.<br><br>For example, the Fold6 display substrate comprises a first electrode plate of the first capacitor. |

**Exhibit 4 - Infringement Chart for U.S. Patent No. 12,205,506 B2**

| Claim 1 | Samsung Galaxy Z Fold6 ("Fold6") |
|---------|-----------------------------------|
| |  |

Exhibit 4 - Infringement Chart for U.S. Patent No. 12,205,506 B2

| Claim 1 | Samsung Galaxy Z Fold6 ("Fold6") |
|---------|----------------------------------|
| | As another example, the first electrode plate is connected with the first clock signal line and the second electrode plate is connected with the first input node.  |

Exhibit 4 - Infringement Chart for U.S. Patent No. 12,205,506 B2

| Claim 1 | Samsung Galaxy Z Fold6 ("Fold6") |
|---|---|
| |  |
| 1[g] a gate electrode of the first transistor is connected with a first electrode or a second electrode of the first transistor, | The Fold6 display substrate comprises a gate electrode of the first transistor is connected with a first electrode or a second electrode of the first transistor. |

**Exhibit 4 - Infringement Chart for U.S. Patent No. 12,205,506 B2**

| Claim 1 | Samsung Galaxy Z Fold6 ("Fold6") |
|---|---|
| |  |

**Exhibit 4 - Infringement Chart for U.S. Patent No. 12,205,506 B2**

| Claim 1 | Samsung Galaxy Z Fold6 ("Fold6") |
|---|---|
| |  |
| 1[h] and an orthogonal projection of the first capacitor on the base substrate is adjacent to an orthogonal projection of the first transistor on the base substrate, | The Fold6 display substrate comprises a charge pump circuit wherein an orthogonal projection of the first capacitor on the base substrate is adjacent to an orthogonal projection of the first transistor on the base substrate, |

Exhibit 4 - Infringement Chart for U.S. Patent No. 12,205,506 B2

| Claim 1 | Samsung Galaxy Z Fold6 ("Fold6") |
|---|---|
| 1[i] wherein the display substrate further comprises a first connection electrode and a second connection electrode, wherein | The Fold6 display substrate comprises a display substrate that further comprises a first connection electrode and a second connection electrode.<br><br> |
| 1[j] the gate electrode of the first transistor is connected with the first electrode of the first transistor through the first connection electrode to form a diode structure, a first end of the first connection electrode is connected with the first electrode of the first transistor, a | The Fold6 display substrate comprises a shift register unit wherein the gate electrode of the first transistor is connected with the first electrode of the first transistor through the first connection electrode to form a diode structure, a first end of the first connection electrode is connected with the first electrode of the first transistor, a second end of the first connection electrode is connected with gate electrode of the first transistor, a first end of the second connection electrode is connected with the second electrode of the first transistor, the first electrode of the first transistor is connected with an active layer of the first transistor through a first via hole, and an orthogonal projection of a channel of the first transistor on the base substrate does not overlap with an orthogonal projection of the first via hole on the base substrate, wherein the first connection electrode is connected with the gate electrode of the first transistor through a second via hole, and the orthogonal projection of the channel of the first transistor on the base substrate does not overlap with an orthogonal projection of the second via hole on the base substrate.<br><br>For example, the gate electrode of the first transistor is connected with the first electrode of the first transistor through the first connection electrode to form a diode structure, a first end of the first connection electrode is connected with the first electrode of the first transistor, and a second end of the first connection electrode is connected with gate electrode of the first transistor. |

Exhibit 4 - Infringement Chart for U.S. Patent No. 12,205,506 B2

| Claim 1 | Samsung Galaxy Z Fold6 ("Fold6") |
|---|---|
| second end of the first connection electrode is connected with gate electrode of the first transistor, a first end of the second connection electrode is connected with the second electrode of the first transistor, the first electrode of the first transistor is connected with an active layer of the first transistor through a first via hole, and an orthogonal projection of a channel of the first transistor on the base substrate does not overlap with an orthogonal projection of the first via hole on the base substrate, wherein the first connection electrode is connected with the gate electrode of the first transistor through a second via hole, and the orthogonal | <br><br>As another example, a first end of the second connection electrode is connected with the second electrode of the first transistor. |

Exhibit 4 - Infringement Chart for U.S. Patent No. 12,205,506 B2

| Claim 1 | Samsung Galaxy Z Fold6 ("Fold6") |
|---|---|
| projection of the channel of the first transistor on the base substrate does not overlap with an orthogonal projection of the second via hole on the base substrate. |  |

**Exhibit 4 - Infringement Chart for U.S. Patent No. 12,205,506 B2**

| Claim 1 | Samsung Galaxy Z Fold6 ("Fold6") |
|---------|----------------------------------|
| | As another example, an orthogonal projection of a channel of the first transistor on the base substrate does not overlap with an orthogonal projection of the first via hole on the base substrate, <br><br>  <br><br> As another example, the first connection electrode is connected with the gate electrode of the first transistor through a second via hole, and the orthogonal projection of the channel of the first transistor on the base substrate does not overlap with an orthogonal projection of the second via hole on the base substrate. |

Exhibit 4 - Infringement Chart for U.S. Patent No. 12,205,506 B2

| Claim 1 | Samsung Galaxy Z Fold6 ("Fold6") |
|---|---|
| |  |