**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| BOE TECHNOLOGY GROUP CO., LTD. and CHENGDU BOE OPTOELECTRONICS TECHNOLOGY CO., LTD., | §<br>§<br>§<br>§<br>§ | Civil Action No. 2:25-CV-00715-JRG |
| Plaintiffs, | §<br>§<br>§ | |
| v. | §<br>§ | |
| SAMSUNG DISPLAY CO., LTD., | §<br>§ | |
| Defendant. | | |

**PROOF OF PERSONAL SERVICE**

1.    I, Kenneth T. Smith, am a registered process server in Santa Clara, California. My registration number is Santa Clara, 542.

2.    I am more than eighteen years old and not a party to this action.  I am employed by Bender's Legal Services, Inc., which is located at 1265 The Alameda, Suite 311, San Jose, CA 95126.

3.    I have been retained to personally serve the complaint and summons in the Case of BOE Technology Group Co., Ltd., et al v. Samsung Display Co., Ltd, United States District Court for the Eastern District of Texas, Civil Action No. 2:25-CV-00715-JRG.  Copies of those documents, which I served as described below, are attached hereto as **Exhibit A**.

4.    I reviewed the website for Samsung Display Corporation ("SDC") at https://www.samsungdisplay.com/eng/index.jsp.  That website includes a page that identifies SDC's Places of Business, including sales offices in the United States.[1]  A copy of this webpage

---

[1] see https://www.samsungdisplay.com/eng/intro/loc-global.jsp#anchor

4127-3906-2111

is attached hereto as **Exhibit B**.  This webpage specifically identifies sales offices at the specific locations listed below:

> **San Jose**
> 3655 North First Street, San Jose, California 95134, USA
> +1 408 544 4000
>
> **San Diego**
> 1261 3rd Avenue Suite E, Chula Vista, CA 91911, USA
> +1 408 544 4000
>
> **Seattle**
> 188 106th Ave NE, Bellevue, WA 98004, USA
> +1 408 544 4000
>
> **Houston**
> 9950 Woodloch Forest Drive Suite 1450, The Woodlands, TX 77380, USA
> +1 408 544 4000
>
> **Austin**
> 10025 Alterra Parkway Suite 1520, Austin, TX 78758, USA
> +1 408 544 4000

5.      On August 5, 2025 at 2:04 pm, I traveled to SDC's sales office in San Jose located at 3655 North First Street, San Jose, California 95134, USA.  At the address I found a campus of buildings all labeled "Samsung."  All entrances were closed, locked and key-card access for the main visitor entrance.

6.      At the visitor entrance there was a reception desk. The person monitoring the front desk on August 5th was named Jose.  He told me that there are a lot of "branches" or "divisions" of Samsung located on the campus, but he did not have a list of them and stated that he could not accept service.  I could not determine where the office for SDC specifically was located because I did not see any SDC specific signage in this portion of the campus.

7.      On August 6, 2025 I returned to the SDC office located at 3655 North First Street, San Jose, California 95134, USA.  This time a different person was monitoring the reception

- 2 -

4127-3906-2111

Docusign Envelope ID: C57BCCCE-2964-4784-87E0-43E54F68D8C3

- 3 -

desk.  That person's name was Nicholas C.  He was a Caucasian Male approximately 34 years old with brown hair and brown eyes.  He was approximately 5 feet 9 inches tall and 210 pounds. I personally handed him the documents attached hereto as Exhibit A.

8.    I also mailed copies of the documents attached hereto as Exhibit A to Samsung Display Co., Ltd at the following address on August 7, 2025: 3655 North First Street, San Jose, California 95134, USA.

I declare under penalty of perjury that this information is true.

Executed on August 12, 2025.

*kenneth Smith*
_____
Server's signature

Kenneth T. Smith, Registered Process Server
_____
Printed name and title

**Bender's Legal Services, Inc.**
1265 The Alameda, Suite 311
San Jose, CA 95126.

_____
Server's address

4127-3906-2111