**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| BOE TECHNOLOGY GROUP CO., LTD. and CHENGDU BOE OPTOELECTRONICS TECHNOLOGY CO., LTD., | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:25-CV-00715-JRG |
| Plaintiffs, | | |
| v. | | |
| SAMSUNG DISPLAY CO., LTD., | | |
| Defendant. | | |

## PROOF OF PERSONAL SERVICE

1.      I, Michael K. Anderson, am a licensed Private Investigator in Washington. My license number is WA Lic. #4395.

2.      I am more than eighteen years old and not a party to this action. I am employed by Seattle Legal Messengers. My business address is 4201 Aurora Ave N, Suite #200, Seattle, Washington 98103.

3.      I have been retained to personally serve the complaint and summons in the Case of BOE Technology Group Co., Ltd., et al v. Samsung Display Co., Ltd, United States District Court for the Eastern District of Texas, Civil Action No. 2:25-CV-00715-JRG.  Copies of those documents, which I served as described below, are attached hereto as **Exhibit A.**

4.      I reviewed the website for Samsung Display Corporation ("SDC") at https://www.samsungdisplay.com/eng/index.jsp.  That website includes a page that identifies SDC's Places of Business, including sales offices in the United States.[1]  A copy of this webpage

---

[1] see https://www.samsungdisplay.com/eng/intro/loc-global.jsp#anchor

4126-2876-6559

is attached hereto as **Exhibit B**.  This webpage specifically identifies sales offices at the specific

locations listed below:

**San Jose**
3655 North First Street, San Jose, California 95134, USA
+1 408 544 4000

**San Diego**
1261 3rd Avenue Suite E, Chula Vista, CA 91911, USA
+1 408 544 4000

**Seattle**
188 106th Ave NE, Bellevue, WA 98004, USA
+1 408 544 4000

**Houston**
9950 Woodloch Forest Drive Suite 1450, The Woodlands, TX 77380, USA
+1 408 544 4000

**Austin**
10025 Alterra Parkway Suite 1520, Austin, TX 78758, USA
+1 408 544 4000

5.     On Tuesday August 5, 2025, I traveled to SDC's sales office at the following

address: 188 106th Ave NE, Ste 600, Bellevue,  WA 98004, USA.  The building at this address

included a number of business.  The SDC office was located in Suite 600 on the 6th Floor just

outside of the elevators.  The suite included signage indicating that it was a "Samsung" office.

6.     Directly inside of the suite there was a man sitting at a reception area.  The man

told me that he was contracted by Samsung to provide security and front desk services.  He

indicated that is name was Edin Ahmedagic.  I asked Mr.  Ahmedagic to call the administrator of

the office.  He agreed to do so, but she was apparently not in the office that day.  I told Mr.

Ahmedagic that I had documents to serve, and he informed me that he was authorized to accept

service.  Accordingly, I served Mr. Ahmedagic with copies of the documents attached hereto as

Exhibit A at the address for the SDC sales office in Bellevue, Washington.

4126-2876-6559

I declare under penalty of perjury that this information is true.

Executed on August 7, 2025

_____
Server's signature

___Michael K. Anderson, CLI, CP, CDI___
Printed name and title

___4201 Aurora Ave. N, Suite 200, Seattle, WA 98103___
Server's address

- 3 -

4126-2876-6559